UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. Lisa Wheeler,<br><br>Plaintiff,<br><br>v.<br><br>UNION TREATMENT CENTERS, LLC;<br>et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civ. A. No. SA:13-cv-4-HLH |

**STIPULATION OF VOLUNTARY DISMISSAL
OF RELATOR'S CLAIMS AGINST DEFENDANTS
WILLIAM SONIA, JR. AND NEW HELP CLINICS, P.A.**

Relator Lisa Wheeler voluntarily dismisses her claims against defendants William Sonia, Jr. and New Help Clinics, P.A. without prejudice in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii). The United States, having appeared in this action, stipulates to relator's voluntary dismissal of these defendants without prejudice to the rights of the government.

Respectfully submitted,

LISA WHEELER
Relator

THOMAS M. GREENE                7/8/15
MICHAEL TABB                    Date
Greene, LLP
One Liberty Square, Suite 1200
Boston, MA 02109
Tel: (617) 261-0400
Email: tgreene@greenellp.com
       matabb@greenellp.com

*Attorneys for Relator
Lisa Wheeler*

RICHARD L. DURBIN, JR.
Acting United States Attorney

                                 7/9/15
JOHN J. LoCURTO                 Date
Assistant United States Attorney
Texas Bar No. 24073750
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Tel: (210) 384-7362
Fax: (210) 384-7322
Email: john.locurto@usdoj.gov

*Attorneys for Plaintiff
United States of America*

## CERTIFICATE OF SERVICE

I certify that, on July 10, 2015, I electronically filed the foregoing Stipulation through the Court's ECF system, which caused a notice of electronic filing to be served on all counsel of record in this case. I further certify that I caused a copy of the Stipulation to be served on relator's counsel, Thomas Greene and Michael Tabb, via electronic mail.

_____
JOHN J. LoCURTO
Assistant United States Attorney

2