UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex. rel. Lisa Wheeler,<br><br>Plaintiff,<br><br>v.<br><br>UNION TREATMENT CENTERS, LLC; UNION TREATMENT CENTER – AUSTIN, LLC; UNION TREATMENT CENTER – KILLEEN, LLC; UNION TREATMENT CENTER – SAN ANTONIO, LLC; UNION TREATMENT CENTER – CORPUS CHRISTI, LLC; UTC MANAGEMENT, LLC; UTC PROVIDERS – AUSTIN, INC.; UTC PROVIDERS – KILLEEN, INC.; UTC PROVIDERS – SAN ANTONIO, INC.; UTC PROVIDERS – CORPUS CHRISTI, INC.; CREEKSIDE SURGICAL, PLLC; CREEKSIDE DIAGNOSTICS, LLC; CCM&D CONSULTING, LLC; GARRY CRAIGHEAD; CHRISTINE CRAIGHEAD<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§     NO. 5:13-CV-00004-HLH |

**JOINT UNOPPOSED MOTION TO EXTEND CERTAIN DEFENDANTS'
DEADLINE TO FILE RESPONSIVE PLEADINGS TO THE UNITED
STATES OF AMERICA'S COMPLAINT IN INTERVENTION**

Union Treatment Centers, LLC, Union Treatment Center – Austin, LLC, Union Treatment Center – Killeen, LLC, Union Treatment Center – San Antonio, LLC, Union Treatment Center – Corpus Christi, LLC, UTC Management, LLC, UTC Providers – Austin, Inc., UTC Providers – Killeen, Inc., UTC Providers – San Antonio, Inc., UTC Providers – Corpus Christi, Inc., CCM&D Consulting, LLC, Garry Craighead, and Christine Craighead (the "Defendants") file this Unopposed Motion to Extend Certain Defendants' Deadline to File

Responsive Pleadings to the United States of America's Complaint in Intervention (the "Motion"). In support of the Motion, Defendants respectfully show the Court as follows:

1. Defendants' deadline to file a responsive pleading to United States of America's Complaint in Intervention is currently November 20, 2015.

2. Defendants seek to extend their responsive pleading deadline until January 22, 2016. This Motion is not made for delay but to permit the orderly resolution of issues in this case.

3. Defendants have conferred with John LoCurto, counsel for the United States, and he agreed not to object.

For the forgoing reasons, Defendants request the Court extend the deadline for them to file a pleading in response to United States of America's Complaint in Intervention to January 22, 2016.

          Respectfully submitted,

          HUSCH BLACKWELL, L.L.P.
          111 Congress Avenue, Suite 1400
          Austin, Texas 78701
          (512) 472-5456 (main)
          (512) 479-1143 (direct)
          (512) 479-1101 (facsimile)

By:*/s/ Afton Dee Sands*
   AFTON DEE SANDS – LEAD ATTORNEY
   Texas Bar No. 24060555
   Afton.sands@huschblackwell.com
   LORINDA HOLLOWAY
   Texas Bar No. 00798264
   Lorinda.holloway@huschblackwell.com

COUNSEL FOR THE UTC DEFENDANTS

AUS-6196021-1 6061304/5

**JAMES S. BELL, P.C.**

*/s/ James S. Bell*_____
James S. Bell
State Bar No. 24049314
James@JamesBellPC.com
5942 Colhurst
Dallas, Texas 75230
Phone: 214-293-2263
Fax: 214-594-9462

John J. Rivas
State Bar No. 007088285
John@RivasGoldstein
Rivas & Goldstein, LLP
7035 Bee Caves Road #200
Austin, Texas 78746
Telephone: 512-481-8000
Facsimile: 512-481-002

**ATTORNEY FOR DEFENDANTS**
**CCM&D AND GARRY CRAIGHEAD**


CHRISTINE CRAIGHEAD

*/s/ Christine Craighead*_____
9829 Great Hills Trail
Green Tree health
Austin, TX 78759

**PRO SE**


## CERTIFICATE OF CONFERENCE

I certify that I conferred with John LoCurto, counsel for the United States of America, regarding this motion and he agreed not to object.

*/s/ Afton Dee Sands*_____
Afton Dee Sands

3

**CERTIFICATE OF SERVICE**

      I certify that on November 19, 2015, the foregoing document was electronically filed with the clerk of the court for the United States District Court for the Western District of Texas using the electronic case filing system, which will send notification to the following attorneys of record:

| | |
|---|---|
| John Joseph LoCurto<br>United States Attorney's Office<br>601 NW Loop 410, Suite 600<br>San Antonio, TX 78216 | John Paul Cowart<br>Shaw Cowart LLP<br>1609 Shoal Creek Blvd, Suite 100<br>Austin, TX 78701 |
| John J. Rivas<br>Rivas Goldstein, LLP<br>7035 Bee Cave Road, Suite 200<br>Austin, TX 78746 | Michael Tabb<br>Ryan P. Morrison<br>Thomas M. Greene<br>Greene LLP<br>One Liberty Square, Suite 1200<br>Boston, MA 02109 |
| James S. Bell<br>5942 Colhurst<br>Dallas, Texas 75230 | |

and via certified mail return receipt requested and email to the following:

Christine Craighead
9828 Great Hills Trail
Green Tree health
Austin, TX 78759
neenie943@aol.com

                                            */s/ Afton Dee Sands*
                                            Afton Dee Sands