UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex. rel. Lisa Wheeler,<br><br>Plaintiff,<br><br>v.<br><br>UNION TREATMENT CENTERS, LLC; UNION TREATMENT CENTER – AUSTIN, LLC; UNION TREATMENT CENTER – KILLEEN, LLC; UNION TREATMENT CENTER – SAN ANTONIO, LLC; UNION TREATMENT CENTER – CORPUS CHRISTI, LLC; UTC MANAGEMENT, LLC; UTC PROVIDERS – AUSTIN, INC.; UTC PROVIDERS – KILLEEN, INC.; UTC PROVIDERS – SAN ANTONIO, INC.; UTC PROVIDERS – CORPUS CHRISTI, INC.; CREEKSIDE SURGICAL, PLLC; CREEKSIDE DIAGNOSTICS, LLC; CCM&D CONSULTING, LLC; GARRY CRAIGHEAD; CHRISTINE CRAIGHEAD<br><br>Defendants. | §§§§§§§§§§§§§§§§§§§§§§§§§ | NO. 5:13-CV-00004-HLH |

**UNOPPOSED MOTION TO EXTEND THE UTC DEFENDANTS'
DEADLINE TO FILE RESPONSIVE PLEADINGS TO THE UNITED
STATES OF AMERICA'S COMPLAINT IN INTERVENTION**

Union Treatment Centers, LLC, Union Treatment Center – Austin, LLC, Union Treatment Center – Killeen, LLC, Union Treatment Center – San Antonio, LLC, Union Treatment Center – Corpus Christi, LLC, UTC Management, LLC, UTC Providers – Austin, Inc., UTC Providers – Killeen, Inc., UTC Providers – San Antonio, Inc., and UTC Providers – Corpus Christi, Inc. (collectively, "UTC Defendants") file this Unopposed Motion to Extend the Deadline to File Responsive Pleadings to the United States of America's Complaint in

Intervention (the "Motion"). In support of the Motion, UTC Defendants respectfully show the Court as follows:

1. UTC Defendants' deadline to file a responsive pleading to United States of America's Complaint in Intervention was January 22, 2016.

2. UTC Defendants seek to extend their responsive pleading deadline to February 29, 2016, because they are deep in settlement negotiations with the United States. The parties anticipate that they will know by February 29, 2016, whether they will be able finalize a settlement.

3. This Motion is not made for delay but to permit the orderly resolution of issues in this case.

4. Counsel for UTC Defendants has conferred with John LoCurto, counsel for the United States, and he agreed not to object.

For the forgoing reasons, UTC Defendants request the Court extend the deadline for UTC Defendants to file a pleading in response to United States of America's Complaint in Intervention to February 29, 2016.

                                      Respectfully submitted,

                                      HUSCH BLACKWELL, L.L.P.
                                      111 Congress Avenue, Suite 1400
                                      Austin, Texas 78701
                                      (512) 472-5456 (main)
                                      (512) 479-1143 (direct)
                                      (512) 479-1101 (facsimile)


                                    By:*/s/ Afton Dee Sands*
                                      AFTON DEE SANDS – LEAD ATTORNEY
                                      Texas Bar No. 24060555
                                      Afton.sands@huschblackwell.com
                                      LORINDA HOLLOWAY
                                      Texas Bar No. 00798264
                                      Lorinda.holloway@huschblackwell.com

                                    COUNSEL FOR THE UTC DEFENDANTS


**CERTIFICATE OF CONFERENCE**

      I certify that I conferred with John LoCurto, counsel for the United States of America, regarding this motion and he agreed not to object.


                                    */s/ Afton Dee Sands*
                                    Afton Dee Sands

## **CERTIFICATE OF SERVICE**

      I certify that on January 25, 2016, the foregoing document was electronically filed with the clerk of the court for the United States District Court for the Western District of Texas using the electronic case filing system, which will send notification to the following attorneys of record:

| | |
|---|---|
| John Joseph LoCurto<br>United States Attorney's Office<br>601 NW Loop 410, Suite 600<br>San Antonio, TX 78216 | John Paul Cowart<br>Shaw Cowart LLP<br>1609 Shoal Creek Blvd, Suite 100<br>Austin, TX 78701 |
| Nick Oberheiden<br>Oberheiden Law Group PLLC<br>5710 LBJ Freeway, Suite 120<br>Dallas, TX 75240 | Michael Tabb<br>Ryan P. Morrison<br>Thomas M. Greene<br>Greene LLP<br>One Liberty Square, Suite 1200<br>Boston, MA 02109 |
| John J. Rivas<br>Rivas Goldstein, LLP<br>7035 Bee Cave Road, Suite 200<br>Austin, TX 78746 | James S. Bell<br>5942 Colhurst<br>Dallas, Texas 75230 |

      */s/ Afton Dee Sands*
      Afton Dee Sands

4