# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* Lisa Wheeler, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civ. A. No. SA:13-cv-4-XR |
| UNION TREATMENT CENTERS, LLC; *et al.*, | § § § | |
| Defendants. | § | |

## ADVISORY TO THE COURT

The United States files this Advisory to notify the Court that it attempted to serve the government's Motion for Partial Summary Judgment (Dkt. #183) on Garry Craighead on July 26, 2018. For several reasons, including the size of the package, service was ineffective. The United States re-served the Motion on Craighead by certified mail on August 1, 2018 upon learning that service was ineffective. The United States provides this advisory to inform the court that Craighead's response time should be computed based on the August 1st service date.

Date: August 2, 2018

Respectfully submitted,

JOHN F. BASH
United States Attorney

By:  */s/ John J. LoCurto*
JOHN J. LoCURTO
Assistant United States Attorney
Texas Bar No. 24073750
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Tel: (210) 384-7362
Fax: (210) 384-7322
Email: john.locurto@usdoj.gov

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

      I certify that, on August 2, 2018, I electronically filed the foregoing document through the Court's ECF system, and thereafter caused a copy to be served on counsel of record by electronic mail. I further certify that I thereafter caused a hard copy of the foregoing document to be served by regular mail as follows:

Garry Wayne Craighead
62952-380
FCI Bastrop
P.O. Box 1010
Bastrop, TX 78602

Christine Craighead
c/o Jose I. Gonzalez-Falla
Federal Public Defender
Lavaca Plaza
504 Lavaca St., Ste 960
Austin, TX 78701

                                      */s/ John J. LoCurto*
                                      JOHN J. LoCURTO
                                      Assistant United States Attorney